# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATTRICE A. GILES  
627 SCORE STREET  
ROCKFORD, IL 61109  

SSN-xxx-xx-5173

Case Number: 07-71915

Case filed on: 8/14/2007  
Plan Confirmed on: 11/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,100.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 378.51 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 378.51 | 0.00 |
| 999 | MATTRICE A. GILES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CARLYLE AUTO SALES | 5,428.10 | 5,428.10 | 412.10 | 237.44 |
|  | Total Secured | 5,428.10 | 5,428.10 | 412.10 | 237.44 |
| 002 | AAA COMMUNITY FINANCE | 842.50 | 842.50 | 0.00 | 0.00 |
| 003 | ADVANCE CASH EXPRESS | 500.00 | 500.00 | 0.00 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 300.00 | 300.00 | 0.00 | 0.00 |
| 005 | ADVANCE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 155.09 | 155.09 | 0.00 | 0.00 |
| 007 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT PORTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DIVERSIFIED COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | G.C. SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ILLINOIS TITLE LOANS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR GAS | 273.51 | 273.51 | 0.00 | 0.00 |
| 017 | OMNIUM WORLDWIDE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 422.00 | 422.00 | 0.00 | 0.00 |
| 019 | WORLD ACCEPTANCE CORPORATION | 292.93 | 292.93 | 0.00 | 0.00 |
| 020 | SECURITY FINANCE | 97.50 | 97.50 | 0.00 | 0.00 |
| 021 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | US DEPARTMENT OF EDUCATION | 3,288.57 | 3,288.57 | 0.00 | 0.00 |
| 023 | WORLD ACCEPTANCE CORPORATION | 241.43 | 241.43 | 0.00 | 0.00 |
| 024 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,413.53 | 6,413.53 | 0.00 | 0.00 |
|  | Grand Total: | 14,541.63 | 14,541.63 | 790.61 | 237.44 |

Total Paid Claimant: $1,028.05  
Trustee Allowance: $71.95  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 05/14/2008         By /s/Heather M. Fagan